**Federal Rules of Appellate Procedure Form 1.**
**Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 10 2025
AT ___ O'CLOCK ___
John M. Domurad, Clerk - Albany

United States District Court for the
Northern District of New York

---

ANGELO RUOTOLO, PRO SE

Plaintiff(s),

Notice of Appeal

v.

TOWN OF NEW PALTZ; SHERIFF JUAN FIGUEROA; COUNTY OF ULSTER ETAL

Case number: 1:22-CV-169 (LEK/DJS

Defendant(s).

---

Notice is hereby given that ANGELO RUOTOLO,

the ~~Defendant(s)~~ PLAINTIFF in the above-named case*, hereby appeal(s) to the United States

Court of Appeals for the Second Circuit from an Order (DECISION AND ORDER) entered in this

action on the 24TH day of FEBRUARY, 2025

/s/ ANGELO RUOTOLO [signature]

Name: ANGELO RUOTOLO

Attorney for (PRO SE PLAINTIFF)

Address: 96 PELHAM DRIVE
CORNWALL NY 12518
917-604-7332

[***Note to inmate filers***: *If you are an inmate confined in an institution and you seek the timing benefit of Fed.R.App.P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants.

TO: DRAKE LOEB (ATTORNEYS FOR NEW PALTZ DEFENDANTS)
555 HUDSON VALLEY AVENUE
NEW WINDSOR N.Y. 12553

ERIC KURTZ ESQ.
ATTORNEY FOR COUNTY DEF.
85 MAIN STREET
KINGSTON NY 12402

MIKAEL COHN
272 MILL STREET FLOOR 1
POUGHKEEPSIE, NY 12601

BASIS FOR APPEAL OF THE ATTACHED ORDER

The attached decision and order is being appealed because the District Court denied the motion for reconsideration of granting summary judgment due to plaintiff's failure to "mirror the movant's Statement of Material Facts by admitting and/or denying each of the movant's assertion in a short and concise statement, **in matching numbered paragraphs."**

Such excessive and perfunctory standards, when applied to a pro se litigant are clearly a violation of the Landmark ruling by the United States Supreme Court under Haines v Kerner. Under that ruling, the United States Supreme Court unmistakenly ruled that pro se pleadings are to be held to a lesser stringent standard than those drafted by attorneys.

Additionally, nowhere under rule 56, which pertains to Summary Judgment, does it call for "mirrored responses and matching numbered paragraphs." What rule 56 does call for is a requirement that the district court **"...MUST..."** deny summary judgement if the movant does not establish that there are no genuine disputed issues of fact even if there is "NO" response from the plaintiff. Specifically, rule 56 reads as follows:

**"Where the evidentiary matter in support of the motion does not establish the absence of a genuine issue, *summary judgment must be denied* even if *no opposing evidentiary matter is presented."***

The Summary Judgment rule goes on to say:

**"The very mission of the summary judgment procedure is to pierce the pleadings and to assess the proof in order to see whether there is a genuine need for trial."**

Imposing a standard on pro se litigant that he comply with each and every rule of the Northern District Court, is neither reasonable nor consistent with Haines v Kerner. It is further important to note that opposing counsel did not even provide a response to the letter motion, even though they were required to do so by the

Court Rules, and their lack of response does not result in an adverse ruling. Furthermore, opposing counsel also did not submit a response to the sur reply summary judgment motion, which was approved by the Court, pertaining to the disputed issue of fact on whether the plaintiff's real name is Angelo and not Anthony, and this too is a violation of the court rules and the District Court did not even issue a ruling on this unopposed sur-reply and that lack of response also did not result in an adverse ruling for opposing counsel. The opposing counsel also did not issue a response to the plaintiff's motion for **MANDATORY** mediation pursuant to rule 47 and that lack of response also was a violation of the court rules and yet that also did not result in an adverse ruling against opposing counsel. If the Court rules were evenly applied, each of those non-responses by opposing counsel, would also have resulted in decisions favorable to the pro se litigant, and adverse to opposing counsel, but no such equitable treatment exists for pro se litigants in the Northern District of New York.

For all of the above reasons, plaintiff appeals the attached order to the appellate division of the second department.

**END OF BASIS FOR APPEAL OF THE ATTACHED DECISION AND ORDER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANGELO RUOTOLO,

Plaintiff,

-against- 1:22-CV-169 (LEK/DJS)

SHERIFF JUAN FIGUEROA, *et al.*,

Defendants.

---

**DECISION AND ORDER**

Currently before the Court is pro se Plaintiff Angelo Ruotolo's letter requesting that the Court "reconsider its decision[s]" to grant summary judgment and to deny reinstatement of the New Paltz Defendants. Dkt. No. 154 ("Motion"). For the reasons that follow, the Motion is denied.

First, Plaintiff seeks reconsideration of the Court's January 23, 2025 Memorandum-Decision and Order, Dkt. No. 149 ("January Order"), in which the Court granted Defendants' motion for summary judgment and ordered the Clerk to close the case. Mot. at 1. "In order to prevail [on a motion for reconsideration], the moving party must demonstrate that the Court overlooked controlling decisions or factual matters that were put before the Court on the underlying motion." *Lichtenberg v. Besicorp Grp.*, 28 F. App'x 73, 75 (2d Cir. 2002) (internal quotations omitted). Plaintiff asks the Court to reconsider the January Order because the Court made an "error" in stating that Plaintiff did not file a response to Defendants' Statement of Material Facts, Dkt. No. 133-7 ("Statement of Material Facts" or "SMF"). Mot. at 1. Plaintiff argues that the Court overlooked his submission of a "24 page signed and sworn affidavit with 9

exhibits attached" in response to the motion for summary judgment. *Id.*; *see* Dkt. No. 138 ("Affidavit" or "Response").

Under the Local Rules for the Northern District of New York, a response to a statement of material facts must "mirror the movant's Statement of Material Facts by admitting and/or denying each of the movant's assertions in a short and concise statement, *in matching numbered paragraphs*." L.R. 56.1(b) (emphasis added). Plaintiff's Affidavit did not respond to the numbered paragraphs in the Statement of Material Facts. Instead, the Affidavit proclaimed to be a "point by point rebuttal to the affidavit in support for summary judgment and also a point by point rebuttal to Major Bleau's affidavit," which was not a proper response. Resp. at 1–2. Plaintiff's Affidavit did not mirror Defendants' Statement of Material Facts, nor did it admit or deny each of its assertions. EACH

"Plaintiff was served with a standard form titled 'Notification of the Consequences of Failing to Respond to a Summary Judgment Motion,' which clarifies that if Plaintiff 'do[es] not submit a proper response to the defendants' statement of material facts, the Court may deem [Plaintiff] to have admitted the defendants' factual statements.'" Jan. Ord. at 1–2. That is precisely what the Court did in its January Order.

Moreover, even though Plaintiff's Affidavit was not a proper response to the Statement of Material Facts, the Court still considered it in deciding the motion for summary judgment. *See, e.g.*, Jan. Ord. at 7 ("Although Plaintiff states that his own private investigator failed to find 'Anthony Ruotolo' on any database, Resp. at 5, this does not contradict the unopposed Statement of Material Facts."). As such, Plaintiff cannot point to his Affidavit as a matter which the Court overlooked. Plaintiff therefore fails to satisfy his burden for a motion for reconsideration.

MAJOR BLEAU'S AFFIDAVIT SPECIFICALLY STATES THAT I WAS ONLY ADMINISTERED INSULIN ON 6 OUT OF 35 DAYS, WHEN MY PRESCRIBED MEDICATIONS CALLED FOR TAKING 2 TIMES PER DAY.

THIS STANDARD NOT ONLY VIOLATES THE UNITED STATES SUPREME COURT RULING UNDER HAINES V. KERNER (PRO SE PLEADINGS ARE TO BE HELD TO A LESSER STRINGENT STANDARD THAN THOSE DRAFTED BY ATTORNEYS) BUT ALSO VIOLATES RULE 56 WHICH CALLS FOR GRANTING SUMMARY JUDGMENT ONLY IF THERE IS NO GENUINE DISPUTED MATERIAL ISSUE OF FACT, RULE 56 SAYS NOTHING ABOUT PROPERLY NUMBERED PARAGRAPHS AND MIRRORED RESPONSES!

RULE 56 SAYS "WHERE THE EVIDENTIARY MATTER IN SUPPORT OF THE MOTION DOES NOT ESTABLISH THE ABSENCE OF A GENUINE ISSUE, SUMMARY JUDGMENT MUST BE DENIED EVEN IF NO OPPOSING EVIDENTIARY MATTER IS PRESENTED." NOWHERE IN RULE 56 DOES IT CALL FOR "MIRROR THE MOVANTS STATEMENT OF MATERIAL FACTS IN MATCHING NUMBERED PARAGRAPHS." THE DISTRICT COURT STANDARD IMPOSED ON A PRO-SE PLAINTIFF IS CLEARLY VIOLATIVE OF U.S. SUPREME COURT RULING UNDER HAINES V. KERNER.

Second, Plaintiff requests the Court to reconsider the order denying reinstatement of the New Paltz Defendants, Dkt. No. 147. Mot. at 1. Federal Rule of Civil Procedure 54(b) states that "any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." However, decisions "may not usually be changed unless there is 'an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent a manifest injustice.'" *Official Comm. of Unsecured Creditors of Color Tile, Inc. v. Coopers & Lybrand, LLP*, 322 F.3d 147, 167 (2d Cir. 2003) (quoting *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992)). This standard allows for decisions to be revisited, "subject to the caveat that 'where litigants have once battled for the court's decision, they should neither be required, nor without good reason permitted, to battle for it again.'" *Id.* (quoting *Zdanok v. Glidden Co.*, 327 F.2d 944, 953 (2d Cir. 1964)).

Plaintiff now claims that, although filed over twenty-two months after their dismissal, his motion to reinstate the New Paltz Defendants is based on "new evidence." Mot. at 1. Not so. This "new" evidence is merely an exchange of emails between Plaintiff and a New Paltz building inspector, initiated by an email Plaintiff sent on January 7, 2025. *See* Dkt. No. 147 at 6. The Court rightly dismissed the motion as untimely, since Plaintiff's attempts to 'discover' this alleged evidence by sending the email did not start until twenty-two months after dismissal of the New Paltz Defendants. *See Official Comm. of Unsecured Creditors of Color Tile, Inc.*, 322 F.3d at 168 (upholding the district court's denial of Rule 54(b) motion because "the evidence was not 'new' and it was 'available'"). Plaintiff provides no explanation why he waited this long, only

that the "emails had not yet transpired." Mot. at 1. Regardless, nothing in the email exchange provides any "good reason" as to why the New Paltz Defendants should be reinstated. *Official Comm. of Unsecured Creditors of Color Tile, Inc.*, 322 F.3d at 167. As such, the Court will not reinstate the New Paltz Defendants, and the case remains closed.

Accordingly, it is hereby:

**ORDERED**, that the Motion, Dkt. No. 154, is **DENIED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Decision and Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED: February 24, 2025
Albany, New York

LAWRENCE E. KAHN
United States District Judge

DISTRICT COURT ALSO REMAINS COMPLETELY SILENT ON THE APPROVED SUR-REPLY WHICH THE ATTORNEY FOR ULSTER COUNTY SHERIFF CLAIMED THAT THE SHERIFF'S OFFICE USED A SECRET DATA BASE FROM WHICH THE PLAINTIFF'S "TRUE NAME" OF ANTHONY WAS OBTAINED. PLAINTIFF SUR REPLY AFFIDAVIT AFFIRMED THAT BASED ON HIS 20 YEARS EXPERIENCE OF WORKING IN THE N.Y.P.D., NO SUCH SECRET DATABASE EXISTS. OPPOSING COUNSEL WAS REPEATEDLY ASKED TO IDENTIFY THIS SECRET DATA BASE THAT IS ONLY APPARENTLY KNOWN TO THE ULSTER COUNTY SHERIFF'S OFFICE AND AT ALL RELEVANT TIMES FAILED TO DO SO.

96 PELHAM DRIVE
CORNWALL N.Y. 12518

Retail

U.S. POSTAGE PAID
FCM LG ENV
CORNWALL, NY 12518
MAR 05, 2025

12207

RDC 99

$2.04

S2324P506192-99

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
MAR 10 2025
RECEIVED

CLERK OF U.S. DISTRICT COURT
JAMES T. FOLEY COURTHOUSE
444 BROADWAY ROOM 509
ALBANY N.Y. 12207-2936

APPEAL,CLOSED,PRO SE

# U.S. District Court
# Northern District of New York − Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.3)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:22−cv−00169−LEK−DJS
***Internal Use Only***

Ruotolo v. Town of New Paltz et al
Assigned to: Senior Judge Lawrence E. Kahn
Referred to: Magistrate Judge Daniel J. Stewart
Case in other court: Second Circuit, 23−00605 and 23−00876
Second Circuit, 24−01109
New York Southern, 7:21−cv−09419
Cause: 42:1983 Civil Rights Act

Date Filed: 02/23/2022
Date Terminated: 01/23/2025
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Angelo Ruotolo** | represented by | **Angelo Ruotolo**<br>96 Pelham Drive<br>Cornwall, NY 12518<br>(917) 604−7332<br>Email:<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **Town of New Paltz**<br>***TERMINATED: 03/14/2023*** | represented by | **Alana R. Bartley**<br>Drake, Loeb Law Firm<br>555 Hudson Valley Avenue − Suite 100<br>New Windsor, NY 12553<br>845−458−7329<br>Email: abartley@drakeloeb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Stacy Delarede**<br>*New Paltz Building Inspector Supervisor*<br>***TERMINATED: 03/14/2023*** | represented by | **Alana R. Bartley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Mark Jaffee**<br>*Building Inspector*<br>***TERMINATED: 03/14/2023*** | represented by | **Alana R. Bartley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Town Judge James Bacon**<br>***TERMINATED: 03/14/2023*** | represented by | **Alana R. Bartley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |

*Fee Status: paid_2023*

**Defendant**

| | | |
|---|---|---|
| **Town Attorney Kevin Barry**<br>***TERMINATED: 03/14/2023*** | represented by | **Alana R. Bartley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Town Supv. Neil Bettex**<br>***TERMINATED: 03/14/2023*** | represented by | **Alana R. Bartley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Sheriff Juan Figueroa** | represented by | **Eric M. Kurtz**<br>Cook, Netter Law Firm<br>P.O. Box 3939<br>85 Main Street<br>P.O. Box 3939<br>Kingston, NY 12402<br>845−331−0702<br>Fax: 845−331−1003<br>Email: ekurtz@cookfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **John Doe** | represented by | **Eric M. Kurtz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Jane Doe**<br>***TERMINATED: 01/21/2022*** | represented by | **Eric M. Kurtz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

**Defendant**

| | | |
|---|---|---|
| **Ulster County** | represented by | **Eric M. Kurtz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active*<br>*Fee Status: paid_2023* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/15/2021 | 1 | COMPLAINT against James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Jane Doe, John Doe, Juan Figueroa, Mark Jaffee, Town of New Paltz. (Filing Fee $402.00, Receipt Number 465407018762) Document filed by Angelo Ruotolo. (Attachments: # 1 Main Document, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit) (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 2 | CIVIL COVER SHEET filed. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | | Case Designated ECF. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | | Magistrate Judge Paul E. Davison is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 3 | SUMMONS ISSUED as to Town of New Paltz. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 4 | SUMMONS ISSUED as to Stacy Delarede. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 5 | SUMMONS ISSUED as to Mark Jaffee. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 6 | SUMMONS ISSUED as to James Bacon. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 7 | SUMMONS ISSUED as to Kevin Barry. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 8 | SUMMONS ISSUED as to Neil Bettex. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/15/2021 | 9 | SUMMONS ISSUED as to Juan Figueroa. (sac) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/15/2021) |
| 11/18/2021 | 10 | ORDER: The Court directs Plaintiff to show cause within 21 days of the date of this order why the Court should not transfer this action, under 28 U.S.C. § 1404(a), to the United States District Court for the Northern District of New York. A declaration form is attached to this order for Plaintiff's convenience. Plaintiff may use that form to comply with this order. If Plaintiff fails to comply with this order within the time allowed, or fails to show cause, the Court will transfer this action, under Section 1404(a), to the United States District Court for the Northern District of New York. Defendants are not required to respond to Plaintiff's complaint until after Plaintiff has complied with this order. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444−45 (1962). The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket. SO ORDERED. (Signed by Judge Cathy Seibel on 11/18/2021) (mml) Transmission to Docket Assistant Clerk for processing. [Transferred from New York Southern on 2/23/2022.] (Entered: 11/18/2021) |
| 11/19/2021 | | Mailed a copy of 10 Order to Show Cause, to Angelo Ruotolo at 96 Pelham Drive, Cornwall, NY 12518. (dsh) [Transferred from New York Southern on 2/23/2022.] (Entered: 11/19/2021) |
| 12/06/2021 | 11 | DECLARATION of Angelo Ruotolo in Opposition re: 10 Order to Show Cause. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/06/2021) |

| | | |
|---|---|---|
| 12/14/2021 | 12 | AFFIDAVIT OF SERVICE of Civil Cover Sheet, Summons in a Civil Action, and Complaint served on Town of New Paltz on 11/22/2021. Service was accepted by Rosanna Rosenkranse, Town Clerk. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/14/2021) |
| 12/14/2021 | 13 | AFFIDAVIT OF SERVICE of Summons in a Civil Action and Complaint with Exhibits, and Civil Cover Sheet served on Stacy Delarede on 11/30/2021. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/14/2021) |
| 12/14/2021 | 14 | AFFIDAVIT OF SERVICE of Summons in a Civil Action and Complaint with Exhibits, and Civil Cover Sheet served on James Bacon on 11/30/2021. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/14/2021) |
| 12/14/2021 | 15 | AFFIDAVIT OF SERVICE of Civil Cover Sheet, Summons in a Civil Action, and Complaint served on Kevin Barry on 12/2/2021. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/14/2021) |
| 12/14/2021 | 16 | AFFIDAVIT OF SERVICE of Summons in a Civil Action and Complaint with Exhibits, and Civil Cover Sheet served on Neil Bettez on 11/29/2021. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/14/2021) |
| 12/14/2021 | 17 | AFFIDAVIT OF SERVICE of Civil Cover Sheet, Summons in a Civil Action, and Complaint served on Sheriff Juan Figueroa on 11/22/2021. Service was accepted by Kerry Muldoon, Sheriff's Confidential Secretary. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/14/2021) |
| 12/21/2021 | 18 | MOTION for Default Judgment as to Town of New Paltz. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/21/2021 | 19 | AFFIDAVIT in Support re: 18 MOTION for Default Judgment. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/21/2021 | 20 | MOTION for Default Judgment as to Sheriff Juan Figueroa. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/21/2021 | 21 | AFFIDAVIT in Support re: 20 MOTION for Default Judgment. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/21/2021 | 22 | ORDER denying without prejudice 18 Motion for Default Judgment: Per my Individual Practices, default judgments must be sought via Order to Show Cause. (Plaintiff is encouraged to sign up for electronic notifications. More information is available on the Court's website.) The Clerk of Court is respectfully directed to send a copy of this text order to Plaintiff. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) Copies of Notice of Electronic Filing To Be Mailed By Clerks Office. (Seibel, Cathy) Transmission to Docket Assistant Clerk for processing. [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/21/2021 | 23 | ORDER denying without prejudice 20 Motion for Default Judgment: Per my Individual Practices, default judgments must be sought via Order to Show Cause. (Plaintiff is encouraged to sign up for electronic notifications. More information is available on the Court's website.) The Clerk of Court is respectfully directed to send a copy of this text order to Plaintiff. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) Copies of Notice of Electronic Filing To Be Mailed By Clerks Office. (Seibel, Cathy) Transmission to Docket Assistant Clerk for processing. [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/21/2021 | | Mailed a copy of 22 Order on Motion for Default Judgment to Angelo Ruotolo at 96 Pelham Drive, Cornwall, NY 12518. (kh) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |

| | | |
|---|---|---|
| 12/21/2021 | | Mailed a copy of 23 Order on Motion for Default Judgment to Angelo Ruotolo at 96 Pelham Drive, Cornwall, NY 12518. (kh) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/21/2021) |
| 12/28/2021 | 24 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 12/28/2021 (km). [Transferred from New York Southern on 2/23/2022.] (Entered: 12/28/2021) |
| 12/28/2021 | 25 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 12/28/2021 (km). [Transferred from New York Southern on 2/23/2022.] (Entered: 12/28/2021) |
| 12/28/2021 | 26 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 12/28/2021 (km). [Transferred from New York Southern on 2/23/2022.] (Entered: 12/28/2021) |
| 12/28/2021 | 27 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 12/28/2021 (km). [Transferred from New York Southern on 2/23/2022.] (Entered: 12/28/2021) |
| 12/28/2021 | | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 12/28/2021 (km). [Transferred from New York Southern on 2/23/2022.] (Entered: 12/28/2021) |
| 12/28/2021 | | *****NOTICE REGARDING DEFICIENT PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Notice regarding Document Proposed Order to Show Cause Without Emergency Relief 24 Proposed Order to Show Cause Without Emergency Relief 27 Proposed Order to Show Cause Without Emergency Relief 25 Proposed Order to Show Cause Without Emergency Relief 26 Proposed Order to Show Cause Without Emergency Relief. The filing is deficient for the following reason(s): The documents are premature. You need to obtain a clerk's certificate of default first. (km)** [Transferred from New York Southern on 2/23/2022.] (Entered: 12/28/2021) |
| 12/28/2021 | 28 | ORDER: Plaintiff previously sought default judgments by motion (ECF Nos. 18−21). I denied the motions without prejudice and explained that under my rules, defaults must be sought via Order to Show Cause (ECF Nos. 22−23). Now Plaintiff has sought Orders to Show Cause (ECF Nos. 24−27). At the time of my prior orders, (ECF Nos. 22−23), I did not focus on the fact that in my 11/18/21 Order directing Plaintiff to show cause why this case should not be transferred, I had stated that Defendants did not have to respond to the Complaint until Plaintiff complied, (ECF No. 10). Plaintiff complied with the 11/18/21 Order by submitting a Declaration on 12/6/21 (ECF No. 11). The Court did not rule at the time, and believes that the better course is to await Defendants appearance and obtain their views on the issue of transfer. But the Courts silence may have misled Defendants into thinking there would be a forthcoming order that would either transfer the case or direct them to respond to the Complaint. In light of this possible confusion, the strong preference for deciding cases on the merits, see, e.g., New York v. Green, 420 F.3d 99, 104 (2d Cir. 2005), and the lack of prejudice to Plaintiff at this early stage, it is hereby ORDERED that Defendants time to respond to the Complaint is extended to 1/14/22 nunc pro tunc. Should Defendant fail to timely respond, Plaintiff may resubmit his proposed Orders to Show Cause (this time accompanied by the Clerks Certificate of Default, as required by my Individual Practices). The Clerk of Court is respectfully directed to send a copy of this text order to Plaintiff, who again is encouraged to sign up for electronic notifications. (HEREBY ORDERED by Judge Cathy Seibel) (Text Only Order) Copies of Notice of Electronic Filing To Be Mailed By Clerks Office. (Seibel, Cathy) Transmission to Docket Assistant Clerk for processing. [Transferred from New York Southern on 2/23/2022.] |

| | | |
|---|---|---|
| | | (Entered: 12/28/2021) |
| 12/29/2021 | | Mailed a copy of Text Order 28, Order, to Angelo Ruotolo 96 Pelham Drive Cornwall, NY 12518. (dsh) [Transferred from New York Southern on 2/23/2022.] (Entered: 12/29/2021) |
| 12/29/2021 | 29 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** Modified on 1/3/2022 (dt). [Transferred from New York Southern on 2/23/2022.] (Entered: 01/03/2022) |
| 01/03/2022 | | *****NOTICE REGARDING − DEFICIENT DOCKET ENTRY ERROR. Notice to Angelo Ruotolo Regarding Document 29 Proposed Order to Show Cause Without Emergency Relief. ERROR(S): Premature, Defendants time to respond to the Complaint is extended to 1/14/22 nunc pro tunc. See Doc. #28, Should Defendant fail to timely respond, Plaintiff may resubmit his proposed Orders to Show Cause (this time accompanied by the Clerks Certificate of Default. (dt)** [Transferred from New York Southern on 2/23/2022.] (Entered: 01/03/2022) |
| 01/03/2022 | 30 | AFFIDAVIT OF SERVICE of Summons and Complaint. Mark Jaffee served on 12/11/2021. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/03/2022) |
| 01/03/2022 | 31 | PROPOSED ORDER TO SHOW CAUSE FOR JUDGMENT BY DEFAULT(WITHOUT EMERGENCY RELIEF). Document filed by Angelo Ruotolo. (sc) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** [Transferred from New York Southern on 2/23/2022.] (Entered: 01/03/2022) |
| 01/10/2022 | 32 | LETTER addressed to Judge Cathy Seibel from Alana R. Bartley, Esq. dated January 10, 2022 re: to request a pre−motion conference on the Town Defendants' contemplated motion to dismiss. Document filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz..(Bartley, Alana) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/10/2022) |
| 01/10/2022 | 33 | MEMO ENDORSEMENT on re: 32 Letter, filed by James Bacon, Stacy Delarede, Neil Bettex, Kevin Barry, Mark Jaffee, Town of New Paltz,ENDORSEMENT: Pre−Motion Conference set for February 22, 2022 at 4:30 p.m. Plaintiff to state their position, by letter of no more than 3 pages, by February 15, 2022. SO ORDERED. (Signed by Judge Cathy Seibel on 1/10/2022) ( Pre−Motion Conference set for 2/22/2022 at 04:30 PM before Judge Cathy Seibel.) (ks) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/10/2022) |
| 01/11/2022 | 34 | NOTICE OF APPEARANCE by Alana Renee Bartley on behalf of James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz..(Bartley, Alana) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/11/2022) |
| 01/11/2022 | 35 | CERTIFICATE OF SERVICE of Notice of Appearance served on Pro Se Plaintiff, Angelo Ruotolo on January 11, 2022. Service was made by ECF and Mail. Document filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz..(Bartley, Alana) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/11/2022) |
| 01/12/2022 | 36 | ANSWER to Complaint with JURY DEMAND. Document filed by Jane Doe, John Doe, Juan Figueroa. (Attachments: # 1 Supplement Certificate of Service).(Kurtz, Eric) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/12/2022) |
| 01/14/2022 | 37 | LETTER addressed to Judge Cathy Seibel from Angelo Ruotolo dated 1/12/2022 re: I write in response to the letter from attorney Alana R. Bartley in order to correct certain misstated facts and errors of law. Document filed by Angelo Ruotolo. (vfr) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/14/2022) |
| 01/18/2022 | 38 | LETTER addressed to Judge Cathy Seibel from Alana R. Bartley, Esq. dated January 18, 2022 re: regarding alleged conflict. Document filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz..(Bartley, Alana) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/18/2022) |

| | | |
|---|---|---|
| 01/21/2022 | 39 | AMENDED COMPLAINT amending 1 Complaint, against James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, John Doe, Juan Figueroa, Mark Jaffee, Town of New Paltz, Ulster County with JURY DEMAND.Document filed by Angelo Ruotolo. Related document: 1 Complaint. (Attachments: # 1 Exhibit, # 2 Exhibit)(sc) (Additional attachment(s) added on 1/24/2022: # 3 Exhibit) (sc). (Main Document 39 replaced on 1/24/2022) (nb). [Transferred from New York Southern on 2/23/2022.] (Entered: 01/24/2022) |
| 01/25/2022 | 40 | LETTER addressed to Judge Cathy Seibel from Angelo Ruotolo dated 1/22/2022 re: I write in response to attorney Alana Bartley's letter dates January 19, 2022, wherein she states that Drake Loeb did not exist in 2005. Partners Richard J. Drake and Partner James R. Loeb absolutely did legal work as partners, and their firm did represent me, in a land use matter in 2005 under New York State Supreme Court...Due to all of the above substantiating attached enclosures, Plaintiff respectfully renews his request to have Drake Loeb PLLC removed due to conflict of interest, or preferable for Drake Loeb LLC to recuse themselves. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/25/2022) |
| 01/26/2022 | 41 | LETTER addressed to Judge Cathy Seibel from Alana R. Bartley, Esq. dated January 26, 2022 re: regarding alleged conflict of interest. Document filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz..(Bartley, Alana) [Transferred from New York Southern on 2/23/2022.] (Entered: 01/26/2022) |
| 02/09/2022 | 42 | NOTICE RE: CHANGE OF TIME OF CONFERENCE: The Pre−Motion Conference previously scheduled before this Court for February 22, 2022 at 4:30 p.m. will be held at 3:00 p.m. (same date) via telephone. Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Pursuant to Judge Seibel's Emergency Individual Rules and Practices in light of COVID−19, last revised on July 29, 2021, the parties are directed to attend by phone using the following information: Toll−Free Tele−conference number: (877) 336 1839 to call in and enter access code: 1047966#. The parties should call in from a landline phone (if possible), announce their last name(s) before addressing the Court at any time during the call, and mute their lines (pressing *6 on phone) when not speaking. Telephone Conference set for 2/22/2022 at 03:00 PM before Judge Cathy Seibel. (mml) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/09/2022) |
| 02/10/2022 | 43 | LETTER from Angelo Ruotolo dated 2/9/2022 re: Enclosed, please find 3 original affidavits of service for amended complaint upon the attorneys representing the Town of New Paltz and various employees...I ask that I be notified in writing or via email at the above email address for any scheduled appearances. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/10/2022) |
| 02/10/2022 | | Request for Copies/Transcripts/Docket Sheet Received: Re 43 Letter. Request for Docket Report and Consent to Electronic Service Form, from Angelo Ruotolo received on 2/10/2022. Transmission to Pro Se Assistants for processing. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/10/2022) |
| 02/10/2022 | 44 | AFFIDAVIT OF SERVICE. Ulster County served on 1/25/2022, answer due 2/15/2022. Service was accepted by Alice Lawlis, Deputy County Clerk. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/10/2022) |
| 02/10/2022 | 45 | AFFIDAVIT OF SERVICE. Juan Figueroa served on 1/25/2022, answer due 2/15/2022. Service was accepted by Sherri Mayone, Secretary. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/10/2022) |
| 02/10/2022 | 46 | AFFIDAVIT OF SERVICE. James Bacon served on 1/24/2022, answer due 2/14/2022; Kevin Barry served on 1/24/2022, answer due 2/14/2022; Neil Bettex served on 1/24/2022, answer due 2/14/2022; Stacy Delarede served on 1/24/2022, answer due 2/14/2022; Mark Jaffee served on 1/24/2022, answer due 2/14/2022; Town of New Paltz served on 1/24/2022, answer due 2/14/2022. Service was accepted by Stephen Gaba, Attorney. Document filed by Angelo Ruotolo. (ok) [Transferred from |

| | | |
|---|---|---|
| | | New York Southern on 2/23/2022.] (Entered: 02/10/2022) |
| 02/10/2022 | | Request for Copies/Transcripts/Docket Sheet Processed: Mailed copy of Docket Sheet, Consent to Electronic Service Form to Angelo Ruotolo at 96 Pelham Drive, Cornwall, NY 12518 on 2/10/2022. (sha) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/10/2022) |
| 02/14/2022 | 47 | ANSWER to 39 Amended Complaint, with JURY DEMAND. Document filed by Jane Doe, John Doe, Juan Figueroa, Ulster County. (Attachments: # 1 Affidavit Certificate of Service).(Kurtz, Eric) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/14/2022) |
| 02/14/2022 | 48 | LETTER addressed to Judge Cathy Seibel from Alana R. Bartley, Esq. dated February 14, 2022 re: Pre−Motion Letter regarding Amended Complaint. Document filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz..(Bartley, Alana) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/14/2022) |
| 02/14/2022 | 49 | MEMO ENDORSEMENT on re: 48 Letter, filed by James Bacon, Stacy Delarede, Neil Bettex, Kevin Barry, Mark Jaffee, Town of New Paltz. ENDORSEMENT: The proposed motion will be discussed at the already scheduled 2/22/22 conference. The Clerk shall send a copy of this endorsement to Plaintiff, who is encouraged to sign up for electronic service. SO ORDERED. (Signed by Judge Cathy Seibel on 2/14/2022) (mml) Transmission to Docket Assistant Clerk for processing. [Transferred from New York Southern on 2/23/2022.] (Entered: 02/14/2022) |
| 02/15/2022 | | Mailed a copy of 49 Memo Endorsement to Angelo Ruotolo at 96 Pelham Drive, Cornwall, NY 12518. (kh) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/15/2022) |
| 02/22/2022 | 50 | LETTER addressed to Judge Cathy Seibel from Angelo Ruotolo dated 2/18/2022 re: I write in response to the answer filed by Ulster County and Sheriff Juan Figueroa. No qualified nor absolute immunity applies in this case and any 12b6 motion is moot for reasons stated herein...For all the above reasons, plaintiff respectfully requests that 12b6 motions not be allowed at this time, and that we move to the discovery and deposition phase or in the alternative, we move to good faith mediation/arbitration with a goal towards settlement. Document filed by Angelo Ruotolo. (ok) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/22/2022) |
| 02/22/2022 | | Minute Entry for proceedings held before Judge Cathy Seibel: Pre−Motion Conference held on 2/22/2022. Plaintiff Angelo Ruotolo appears telephonically. Counsel for Defendant(s) Town of New Paltz, Delarede, Jaffee, Bacon, Barry, and Bettex, Alana Bartley, Esq., appears telephonically. Counsel for Defendant(s) Figueroa, Doe(s), and Ulster County, Eric Kurtz, Esq., appears telephonically. Law Clerk Saniya Suri appears telephonically. This case will be transferred to the Northern District of New York due to the Court finding no basis for this case being held in the Southern District. The Court will issue an Order. See transcript. (Court Reporter Sue Ghorayeb) (wc) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/22/2022) |
| 02/22/2022 | 51 | LETTER addressed to Judge Cathy Seibel from Angelo Ruotolo dated 2/17/2022 re: write in response to Alana R Bartley's letter dated February 14, 2022 wherein at paragraph 1 she request a pre motion conference for a motion pursuant to rule 12(b)(6). Document filed by Angelo Ruotolo. (mml) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/22/2022) |
| 02/22/2022 | 52 | ORDER: For reasons set forth on the record today, there is no basis for venue in the Southern District of New York. Defendants have not waived venue and request transfer. It is therefore ORDERED that this case be transferred forthwith to the United States District Court for the Northern District of New York. Defendants who have yet to answer shall have twenty−one days from the date of this Order to respond to Plaintiff's Amended Complaint. The waiting period of Local Rule 83.1 is waived. The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff. (Signed by Judge Cathy Seibel on 2/22/2022) (ate) Transmission to Docket Assistant Clerk for processing. Modified on 2/23/2022 (ate). [Transferred from New York Southern on 2/23/2022.] (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 02/22/2022 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Northern District of New York.(ate) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/23/2022) |
| 02/23/2022 | | Mailed a copy of 52 Order, to Angelo Ruotolo at 96 Pelham Drive, Cornwall, NY 12518. (dsh) [Transferred from New York Southern on 2/23/2022.] (Entered: 02/23/2022) |
| 02/23/2022 | 53 | Case transferred in from District of New York Southern; Case Number 7:21−cv−09419. electronically transferred when case opened (Entered: 02/23/2022) |
| 02/23/2022 | 54 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 4/11/2022 at 09:00 AM in Albany before Magistrate Judge Daniel J. Stewart. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/4/2022. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) {Copy mailed to Angelo Ruotolo by regular mail on 2/23/2022} (see) (Entered: 02/23/2022) |
| 02/23/2022 | 55 | PRO SE HANDBOOK and NOTICE issued and mailed to Angelo Ruotolo on 2/23/2022 with pro se packet. (see) (Entered: 02/23/2022) |
| 02/23/2022 | | ***Answer due date updated for James Bacon answer due 3/15/2022; Kevin Barry answer due 3/15/2022; Neil Bettex answer due 3/15/2022; Stacy Delarede answer due 3/15/2022; Mark Jaffee answer due 3/15/2022; Town of New Paltz answer due 3/15/2022. (see) (Entered: 02/23/2022) |
| 03/15/2022 | 56 | MOTION to Dismiss *the Plaintiff's Amended Complaint Pursuant to FRCP 12(b)(6)* filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz. Motion returnable before Judge Hon. Daniel J. Stewart Response to Motion due by 4/5/2022. Reply to Response to Motion due by 4/12/2022 (Attachments: # 1 Declaration, # 2 Affidavit James Bacon, # 3 Affidavit Rosanna Rosenkranse, # 4 Affidavit Mark Jaffee, # 5 Memorandum of Law, # 6 Exhibit(s) List, # 7 Exhibit(s) A, # 8 Exhibit(s) B, # 9 Exhibit(s) C, # 10 Exhibit(s) D, # 11 Exhibit(s) E, # 12 Exhibit(s) F, # 13 Exhibit(s) G, # 14 Exhibit(s) H, # 15 Exhibit(s) I, # 16 Exhibit(s) J, # 17 Exhibit(s) K, # 18 Certificate of Service) (Bartley, Alana) (Entered: 03/15/2022) |
| 03/29/2022 | 57 | AFFIDAVIT in Opposition re 56 MOTION to Dismiss *the Plaintiff's Amended Complaint Pursuant to FRCP 12(b)(6)* filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz. Motion returnable before Judge Hon. Daniel J. Stewart filed by Angelo Ruotolo. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 4, # 5 Exhibit(s) 5, # 6 Affidavit of Service as to Erik kurtz, # 7 Affidavit of service as to Drake Loeb, # 8 Cover Letter, # 9 Mailing Envelope)(mg) (Entered: 03/29/2022) |
| 03/30/2022 | 58 | CIVIL CASE MANAGEMENT PLAN by Angelo Ruotolo. (Attachments: # 1 Cover Letter, # 2 Letter to Opposing Counsel re: Selection of Mediator, # 3 Mailing Envelope)(mgh) (Entered: 03/30/2022) |
| 04/01/2022 | 59 | Letter Motion from Alana R. Bartley, Esq. for James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz requesting stay of discovery and adjournment of the Conference submitted to Judge Hon. Daniel J. Stewart . (Bartley, Alana) (Entered: 04/01/2022) |
| 04/01/2022 | 60 | Letter Motion from Alana R. Bartley, Esq. for James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz requesting an extension of time to reply submitted to Judge Hon. Daniel J. Stewart . (Bartley, Alana) (Entered: 04/01/2022) |
| 04/04/2022 | 61 | ORDER granting 60 Letter Request. Reply to response to 56 Motion to Dismiss is due 4/12/2022. Signed by Senior Judge Lawrence E. Kahn on 4/4/2022. (Copy served via regular mail) (dpk) (Entered: 04/04/2022) |
| 04/05/2022 | 62 | LETTER in response opposing the 59 Letter Motion from Alana R. Bartley, Esq. for James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz requesting stay of discovery and adjournment of the Conference submitted to Judge Hon. Daniel J. Stewart *filed by Angelo Ruotolo. (mgh) (Entered: 04/05/2022)* |

| | | |
|---|---|---|
| 04/06/2022 | 63 | TEXT ORDER granting Defendants' 59 Letter Request seeking an adjournment of the Rule 16 Initial Conference in this matter. The Rule 16 Initial Conference scheduled for April 11, 2022 before the undersigned and the deadline for the parties to file a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on Defendants' Motion to Dismiss. SO ORDERED by Magistrate Judge Daniel J. Stewart on 4/6/2022. (Copy mailed to pro se plaintiff). (mab) (Entered: 04/06/2022) |
| 04/12/2022 | 64 | REPLY to Response to Motion re 56 MOTION to Dismiss *the Plaintiff's Amended Complaint Pursuant to FRCP 12(b)(6)* filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz. Motion returnable before Judge Hon. Daniel J. Stewart filed by James Bacon, Kevin Barry, Neil Bettex, Mark Jaffee, Town of New Paltz. (Bartley, Alana) (Entered: 04/12/2022) |
| 04/12/2022 | 65 | CERTIFICATE OF SERVICE by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz re 64 Reply to Response to Motion, *(Memorandum of Law in Reply)* (Bartley, Alana) (Entered: 04/12/2022) |
| 04/19/2022 | 66 | Letter Motion for Angelo Ruotolo requesting to supplement his affidavit at Dkt # 57 . (Attachments: # 1 Mailing Envelope)(mgh) (Entered: 04/19/2022) |
| 04/20/2022 | 67 | TEXT ORDER: On March 15, 2022, Defendants filed a motion to dismiss. Dkt. No. 56 . On March 29, 2022, Plaintiff filed a response in opposition to Defendants' motion to dismiss. Dkt. No. 57 . On April 12, 2022, Defendants filed a reply. Dkt. No. 64 . On April 19, 2022, Plaintiff filed a letter motion constituting a surreply to Defendants' reply. Dkt. No. 66 . Under the Local Rules, once the moving party has filed its reply papers "a surreply is not permitted." L.R. 7.1(a)(1). Therefore, the Court would normally not allow for Plaintiff's surreply. However, because Plaintiff is pro se, the Court affords him "special solicitude" before assessing Defendants' motion to dismiss. Ruotolo v. I.R.S., 28 F.3d 6, 8 (2d Cir. 1994). Therefore, Plaintiff's surreply is permitted in this instance. In the interest of justice, Defendants will also be granted the opportunity to respond to Plaintiff's sur−reply by April 27, 2022. SO ORDERED by Senior Judge Lawrence E. Kahn on 4/20/2022. (Copy served via regular mail)(dpk) (Entered: 04/20/2022) |
| 04/27/2022 | 68 | Response to Plaintiff's Sur−reply from Alana R. Bartley, Esq. for James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz requesting in response to Plaintiff's Sur−Reply filed on April 19, 2022 submitted to Judge Lawrence E. Kahn . (Bartley, Alana) Modified on 4/28/2022 (dpk). (Entered: 04/27/2022) |
| 04/28/2022 | | CLERK'S CORRECTION OF DOCKET ENTRY re 68 Response. Amended the text of this entry to indicate that it was the response to Plaintiff's sur−reply and not a letter request. (dpk) (Entered: 04/28/2022) |
| 06/01/2022 | 69 | LETTER BRIEF *to Hon. Lawrence E. Kahn enclosing the NYS Supreme Court, County of Ulster Decision and Order dated 5−13−22 that is relevant to this matter.* by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz. (Bartley, Alana) (Entered: 06/01/2022) |
| 06/07/2022 | 70 | RESPONSE to 69 LETTER BRIEF filed by Angelo Ruotolo. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Mailing Envelope)(mgh) (Entered: 06/07/2022) |
| 06/09/2022 | 71 | TEXT ORDER: The Court has received the letter brief from Alana Bartley, counsel for Defendants the Town of New Paltz, James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, and Mark Jaffe, Dkt. No. 69 , as well as Plaintiff Angelo Ruotolo's letter brief written in response to attorney Bartley's letter brief, Dkt. No. 70 . In a previous Text Order, the Court emphasized that it would not normally allow for surreplies to be filed. Dkt. No. 67 . In this instance, the Court reiterates that the text of the Local Rules clearly states that once a party has filed its reply papers "[a] surreply is not permitted." L.R. 7.1(a)(1). In the interest of justice, the Court will accept both attorney Bartley's filing, Dkt. No. 69 , and Plaintiff's filing, Dkt. No. 70 . However, the Court advises all parties that NO FURTHER SURREPLIES SHALL BE FILED with regard to the pending Motion to Dismiss in this case. Dkt. No. 56 . All parties are also advised that ANY FUTURE SURREPLIES with regard to the pending Motion to Dismiss SHALL BE STRICKEN FROM THE RECORD. SO ORDERED by Senior Judge Lawrence E. Kahn on 6/9/2022. (Copy served via regular mail) (dpk) (Entered: 06/09/2022) |

| | | |
|---|---|---|
| 07/11/2022 | 72 | **STRICKEN PURSUANT TO JUDGE KAHN'S TEXT ORDER FILED 7/14/2022** LETTER MOTION for Reconsideration re 71 Text Order filed by Angelo Ruotolo. Motion returnable before Judge Kahn. (mgh) Modified on 7/14/2022 (dpk). (Entered: 07/12/2022) |
| 07/14/2022 | 73 | TEXT ORDER. The Court has received Plaintiff's letter motion, Dkt. No. 72 ("Letter Motion"), requesting the Court to reconsider the order it issued on June 9, 2022, Dkt. No. 71 ("Text Order"). In the Text Order, the Court instructed "all parties that NO FURTHER SURREPLIES SHALL BE FILED with regard to the pending Motion to Dismiss in this case," and "that ANY FUTURE SURREPLIES with regard to the pending Motion to Dismiss SHALL BE STRICKEN FROM THE RECORD." Id. The Court DENIES Plaintiff's Letter Motion. To the extent the Letter Motion also serves as an "additional sur reply," Dkt. No. 72 at 1, regarding the pending motion to dismiss, the Court hereby STRIKES it from the record. SO ORDERED by Senior Judge Lawrence E. Kahn on 7/14/2022. (Copy served via regular mail) (dpk) (Entered: 07/14/2022) |
| 03/14/2023 | 74 | MEMORANDUM−DECISION AND ORDER. It is hereby ORDERED, that the New Paltz Defendants' Motion (Dkt. No. 56 ) is GRANTED; and it is further ORDERED, that Plaintiff's claims against James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, and the Town of New Paltz, are DISMISSED. Signed by Senior Judge Lawrence E. Kahn on 3/14/2023. (Copy served via regular mail)(dpk) (Entered: 03/14/2023) |
| 03/15/2023 | 75 | TEXT ORDER: An IN PERSON Initial Rule 16 Conference is set for 4/5/2023 at 11:00 AM in Albany before Magistrate Judge Daniel J. Stewart. The conference will be held at the James T. Foley US Courthouse, 445 Broadway, 4th Floor, Courtroom No. 2, Albany, NY. ( Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 3/29/2023. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) So Ordered by Magistrate Judge Daniel J. Stewart on 3/15/2023. (Copy served via regular mail)(gmd) (Entered: 03/15/2023) |
| 03/21/2023 | 76 | CIVIL CASE MANAGEMENT PLAN by Angelo Ruotolo. (Attachments: # 1 Envelope)(hmr) (Entered: 03/21/2023) |
| 03/21/2023 | 77 | REQUEST for Mandatory Disclosures. by Angelo Ruotolo. (Attachments: # 1 Envelope)(hmr) (Entered: 03/21/2023) |
| 03/29/2023 | 78 | MOTION to Reinstate Complaint and Allow Plaintiff to Repair Pleadings re 74 MEMORANDUM−DECISION AND ORDER, filed by Angelo Ruotolo. Motion returnable before Senior Judge Lawrence E. Kahn. Response to Motion due by 4/19/2023 (Attachments: # 1 Memorandum of Law, # 2 Exhibits, # 3 Cover Letter, # 4 Affidavit of Service for Alana R. Bartley, Esq., # 5 Affidavit of Service for Defendant Ulster County and Sheriff Juan Figueroa, # 6 Envelope) (ztc) (Entered: 03/29/2023) |
| 03/30/2023 | 79 | TEXT ORDER re 78 MOTION for Reconsideration: The Rule 16 conference set for 4/5/2023 and the 3/29/2023 deadline for the submission of a joint Civil Case Management Plan and exchange of Mandatory Disclosures are ADJOURNED WITHOUT DATE. The hearing and related deadlines will be reset, if deemed necessary, after disposition of the 78 Motion for Reconsideration. So Ordered by Magistrate Judge Daniel J. Stewart on 3/30/2023. (gmd)[Copy served via regular mail.] (Entered: 03/30/2023) |
| 04/03/2023 | 80 | TEXT ORDER: The Court has received Plaintiff's Motion "to Reinstate Complaint and Allow Plaintiff to Repair Pleadings." Dkt. No. 78 ("Motion"). However, Local Rule 7.1(b)(1) states that "[n]o party shall file or serve a memorandum of law that exceeds twenty−five (25) pages in length, double−spaced, unless that party obtains leave of the judge hearing the motion prior to filing." Plaintiff's memorandum of law is forty−four pages in length nineteen pages in excess of the prescribed limit. Thus, Plaintiff's Motion is DENIED without prejudice and with leave to renew in compliance with the Local Rules. Furthermore, under Local Rule 60.1, Plaintiffs Motion was due by March 28, 2023, but the Court received it on March 29, 2023. However, in light of Plaintiff's pro se status, the Court sua sponte extends the deadline for Plaintiff to refile the Motion to April 17, 2023. Plaintiff is advised that the Clerk of the Court must receive the refiled motion by this date. SO ORDERED by Senior Judge Lawrence E. Kahn on 4/3/2023. (Copy served via regular mail)(dpk) Modified on 4/3/2023 (dpk). (Entered: |

| | | |
|---|---|---|
| | | 04/03/2023) |
| 04/03/2023 | 81 | CLERK'S CORRECTION OF DOCKET ENTRY re 80 Order on Motion for Reconsideration. The Text Order was amended to correct a typographical error. The date for Plaintiff to refile motion was incorrectly entered as April 15, 2023. The filing deadline for the motion is April 17, 2023. (dpk) (Entered: 04/03/2023) |
| 04/03/2023 | | Set Deadlines/Hearings: Notice of Compliance Deadline 4/17/2023 (dpk) (Entered: 04/03/2023) |
| 04/11/2023 | 82 | NOTICE OF APPEAL as to 74 Order on Motion to Dismiss, by Angelo Ruotolo. (Attachments: # 1 Affidavit of Service, # 2 Envelope)(mgh) (Entered: 04/11/2023) |
| 04/11/2023 | 83 | MOTION to Reinstate the 1 Complaint with Leave to Amend filed by Angelo Ruotolo. (Attachments: # 1 Memorandum of Law, # 2 Affidavit of Service, # 3 Copy of Text Order Dkt # 80 , # 4 Envelope) (mgh) (Entered: 04/11/2023) |
| 04/14/2023 | 84 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 82 Notice of Appeal. (mgh) (Entered: 04/14/2023) |
| 04/17/2023 | 85 | TEXT ORDER: The Court has received Plaintiff's request for this Court (1) to "reinstate" the Complaint against the New Paltz Defendants, who were recently terminated from this action, and (2) to allow Plaintiff to file an amended complaint with new claims and new defendants. Dkt. No. 83 . To the extent that Plaintiff's reinstatement request is a motion for reconsideration brought pursuant to Federal Rule of Civil Procedure 54(b) and Northern District of New York Local Rule 60.1, the New Paltz Defendants may file opposition papers to the reconsideration motion no later than Tuesday, May 2, 2023. See L.R. 7.1(a)(1). Plaintiff may file a reply to the opposition papers no later than Tuesday, May 9, 2023. See id. Plaintiff's reply must not exceed ten (10) pages. See id. As for Plaintiff's second request, which seeks to file an amended complaint, the Court DENIES that request for failure to comply with Local Rule 15.1, which requires "[a] party moving to amend a pleading pursuant to Fed. R. Civ. P. 14, 15, 1922 [to] attach an unsigned copy of the proposed amended pleading to its motion papers." L.R. 15.1(a); see also L.R. 7.1(b)(4). Plaintiff is forewarned that his "proposed amended pleading must be a complete pleading, which will supersede the pleading sought to be amended in all respects. A party shall not incorporate any portion of its prior pleading or exhibits thereto into the proposed amended pleading by reference." L.R. 15.1(a). The Clerk of the Court is instructed to mail a courtesy copy of the Local Rules to Plaintiff in conjunction with this Text Order. SO ORDERED by Senior Judge Lawrence E. Kahn on 4/17/2023. (Copy served via regular mail) (dpk) (Entered: 04/17/2023) |
| 05/02/2023 | 86 | MEMORANDUM OF LAW in opposition to 83 Motion to Reinstate complaint filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz. (Bartley, Alana) Modified on 5/2/2023 (mgh). (Entered: 05/02/2023) |
| 05/09/2023 | 87 | REPLY to Response to Motion re 83 MOTION to Reinstate 1 Complaint with Leave to Amend filed by Angelo Ruotolo. (Attachments: # 1 Proposed Amended Complaint, # 2 Exhibit(s) A− to Proposed Amended Complaint, # 3 Exhibit(s) B− to Proposed Amended Complaint, # 4 Exhibit(s) C Part 1− to Proposed Amended Complaint, # 5 Exhibit(s) C Part 2− to Proposed Amended Complaint, # 6 Affidavit of Service for Reply, # 7 Affidavit of Service for Proposed Amended Complaint, # 8 Cover Letter, # 9 Envelope)(mgh) (Entered: 05/09/2023) |
| 05/16/2023 | 88 | TEXT ORDER: On March 14, 2023, the Court dismissed all of Plaintiff's claims against James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, and the Town of New Paltz ("New Paltz Defendants"). Dkt. No. 74 ("March 2023 Order"). On April 11, 2023, Plaintiff moved for reconsideration of the March 2023 Order. Dkt. No. 83 . The New Paltz Defendants opposed the motion on May 2, 2023. Dkt. No. 86 . Plaintiff filed a reply on May 9, 2023, wherein he also purported to move for leave to file an amended complaint and for a directed verdict in his favor. Dkt. No. 87 . Federal Rule of Civil Procedure 54(b) states that "any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b). However, the decisions referenced in Rule 54(b) "may not usually be changed unless there is 'an intervening |

| | | |
|---|---|---|
| | | change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent a manifest injustice.'" Official Comm. of Unsecured Creditors of the Color Tile, Inc. v. Coopers & Lybrand, LLP, 322 F.3d 147, 167 (2d Cir. 2003) (citing Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992)). This standard allows for decisions to be revisited, "subject to the caveat that 'where litigants have once battled for the court's decision, they should neither be required, nor without good reason permitted, to battle for it again.'" Id. (citing Zdanok v. Glidden Co., 327 F.2d 944, 953 (2d Cir. 1964)). It is well settled that a "simple difference of opinion, no matter how deep it runs, will not warrant reconsideration." United States v. Chiochvili, 103 F. Supp. 2d 526, 528 (N.D.N.Y. 2000) (Kahn, J.). Here, Plaintiff seeks to relitigate arguments that he already offered in opposition to the New Paltz Defendants' motion to dismiss. Compare Dkt. Nos. 83, 87, with Dkt. Nos. 57, 66, 70. Accordingly, his reconsideration motion, Dkt. No. 83 , is DENIED. Plaintiff should also note that litigants may not use a reply to file new motions or cross−motions. See L.R. 7.1(c). Accordingly, his motion to amend and his cross−motion for a directed verdict, Dkt. No. 87 , are also DENIED. Plaintiff is forewarned that this Court has the authority to enjoin litigants, including pro se litigants, from engaging in vexatious litigation. See Lipin v. Hunt, 573 F. Supp. 2d 836, 84446 (S.D.N.Y. 2008). The Court will not hesitate to enter such an order should Plaintiff abuse the judicial system in the future. SO ORDERED by Senior Judge Lawrence E. Kahn on 5/16/2023. (Copy served via regular mail)(dpk) (Entered: 05/16/2023) |
| 06/06/2023 | 89 | Letter from Angelo Ruotolo informing the Court that he will be out of the County from June 9th−June 30th and requests that there are no conferences scheduled during that time. (mgh) (Entered: 06/06/2023) |
| 06/08/2023 | 90 | NOTICE OF APPEAL as to 88 Text Order on Motion for Reconsideration, by Angelo Ruotolo. (mgh) (Entered: 06/09/2023) |
| 06/09/2023 | 91 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 90 Notice of Appeal. (mgh) (Entered: 06/09/2023) |
| 06/12/2023 | 92 | USCA Appeal Fees received $ 505 receipt number 100000117 re 90 Notice of Appeal filed by Angelo Ruotolo. (mgh) (Entered: 06/13/2023) |
| 06/13/2023 | 93 | Supplemental Electronic Certification transmitted to US Court of Appeals re 90 Notice of Appeal. (mgh) (Entered: 06/13/2023) |
| 06/16/2023 | 94 | TEXT ORDER: A Telephone Status Conference is set for 7/6/2023 at 11:00 AM in Albany before Magistrate Judge Daniel J. Stewart. The parties are directed to dial +1 518−217−2288, and enter ID code 395 388 664 to connect to the conference. So Ordered by Magistrate Judge Daniel J. Stewart on 6/16/2023. (Copy served via regular mail) (gmd) (Entered: 06/16/2023) |
| 07/06/2023 | | Text Minute Entry for a Status Conference re Rule 16 Initial Conference Deadlines held on 7/6/2023 before Magistrate Judge Daniel J. Stewart. Parties review the issues in the case as they see it. Court directs that the Pro Se Handbook be re−issued to plaintiff. Pro Se plaintiff requests permission to file a Motion to Appointment of Counsel. Court sets scheduling dates. Scheduling Order deadlines set. A Uniform Pretrial Order will be issued. Counsel may contact the court if any issues arise after attempting to resolve them without intervention of court. Court reviews with parties position on the possibilities of mediation. Appearances: Angelo Ruotolo, Pro Se Plaintiff; Eric M. Kurtz, Esq., for defendant(s). [Court Reporter: Ruth Lynch]. Time: 11:01 AM − 11:33 AM. (gmd) [Copy sent via regular mail: Pro Se Handbook sent via regular mail 7/6/2023] (Entered: 07/06/2023) |
| 07/06/2023 | 95 | UNIFORM PRETRIAL SCHEDULING ORDER: Joinder of Parties due by 12/15/2023. Amended Pleadings due by 12/15/2023. Discovery due by 5/3/2024. Plaintiffs Expert Disclosure Deadline is 2/5/2024. Defendants Expert Disclosure Deadline is 3/19/2024. Rebuttal Expert Disclosure Deadline is 4/3/2024. Motions to be filed by 6/7/2024. Anticipated length of trial: 5 Days. Preferred Trial Location: Albany.. Signed by Magistrate Judge Daniel J. Stewart on 7/6/2023. (gmd) [Copy sent via regular mail] (Entered: 07/06/2023) |
| 07/10/2023 | 96 | Letter Motion for Angelo Ruotolo requesting appointment of Counsel. (mgh) (Entered: 07/11/2023) |

| | | |
|---|---|---|
| 07/17/2023 | 97 | ORDER denying 96 Letter Motion for Angelo Ruotolo requesting appointment of Counsel. Signed by Magistrate Judge Daniel J. Stewart on 7/17/2023. (Copy served via regular mail)(egr) (Entered: 07/17/2023) |
| 10/10/2023 | 98 | Letter Motion from Angelo Ruotolo for Angelo Ruotolo requesting extension of time for completing depositions and submitting an amended complaint and for a new Status Conference submitted to U.S. Magistrate Judge Daniel J. Stewart. (hmr) (Entered: 10/12/2023) |
| 10/13/2023 | 99 | TEXT ORDER re 98 Letter Motion from Angelo Ruotolo: Counsel is directed to file a Response to Letter Brief due by 10/24/2023. So Ordered by Magistrate Judge Daniel J. Stewart on 10/13/2023. (gmd)[copy sent via regular mail] (Entered: 10/13/2023) |
| 10/19/2023 | 100 | MANDATE of USCA issued on 10/19/2023 as to 90 Notice of Appeal filed by Angelo Ruotolo, 82 Notice of Appeal filed by Angelo Ruotolo. This Court has determined sua sponte that it lacks jurisdiction over these appeals because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. See Petrello v. White, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED. (mgh) (Entered: 10/19/2023) |
| 10/19/2023 | | USCA Case Numbers 23−605 and 23−876 for 82 Notice of Appeal filed by Angelo Ruotolo, 90 Notice of Appeal filed by Angelo Ruotolo. (mgh) (Entered: 10/19/2023) |
| 10/20/2023 | 101 | LETTER BRIEF by John Doe, Juan Figueroa, Ulster County. (Kurtz, Eric) (Entered: 10/20/2023) |
| 10/27/2023 | 102 | TEXT ORDER. Plaintiff has written to the Court regarding outstanding discovery demands that he has served upon counsel for the County of Ulster. Counsel Kurtz has now responded, indicating that the discovery demands are overbroad, call for information which is not proportionally relevant to the needs of the case, and in some circumstances, request information that is privileged. If it has not been done already, Attorney Kurtz is directed to file a formal response to the outstanding discovery requests, including Plaintiffs supplemental demands. That response shall be served on or before November 8, 2023. A conference with counsel to discuss the status of discovery, as well as the Plaintiffs request to extend the discovery deadlines, is set for November 13, 2023 at 11:00 AM. The parties are directed to dial +1 518−217−2288, and enter ID code 734 880 062 to connect to the conference. SO ORDERED by Magistrate Judge Daniel J. Stewart on 10/27/2023. (gmd) [copy served via regular mail] (Entered: 10/27/2023) |
| 10/31/2023 | 103 | Letter from Angelo Ruotolo in Response to the 101 Letter Brief. (mgh) (Entered: 11/01/2023) |
| 11/02/2023 | 104 | RESPONSE to Discovery Request from Angelo Ruotolo by John Doe, Juan Figueroa, Ulster County. (Attachments: # 1 Supplement)(Kurtz, Eric) (Entered: 11/02/2023) |
| 11/02/2023 | 105 | CERTIFICATE OF SERVICE by Jane Doe, John Doe, Juan Figueroa, Ulster County (Kurtz, Eric) (Entered: 11/02/2023) |
| 11/07/2023 | 106 | Letter Motion for Angelo Ruotolo requesting the the Court Strike Defendant's discovery responses or in the alternate order defendant to engage in settlement negotiations submitted to Judge Stewart. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Envelope)(mgh) (Entered: 11/07/2023) |
| 11/13/2023 | | Text Minute Entry for a Telephone Discovery Conference held on 11/13/2023 before Magistrate Judge Daniel J. Stewart. Court reviews the status of the case with the parties. Pro Se plaintiff advises the Court of his planned amendments to the complaint. Plaintiff may file a Motion to Amend his Complaint. Court rules on Discovery issues as specified on the record. Parties are reminded of their scheduling deadlines which remain in place as previously ordered. Text Order to follow. Appearances: Pro Se plaintiff Angelo Ruotolo; Eric M. Kurtz, Esq., for defendants. [Court Reporter: Hannah Cavanaugh]. Time: 11:00 AM − 12:00 PM. (gmd)(copy sent via regular mail) (Entered: 11/14/2023) |
| 11/14/2023 | 107 | ORDER: ORDERED, that Plaintiff's letter Motion to compel further responses by the Ulster County Defendants of outstanding document demands, (Dkt. Nos. 98 & 106 ), is GRANTED IN PART AND DENIED IN PART, and it is further ORDERED, that Plaintiff's letter Motion to extend the time to file an amended pleading, to complete |

| | | |
|---|---|---|
| | | discovery, and to file dispositive motions, (Dkt. No. 98 ), is hereby DENIED. Signed by Magistrate Judge Daniel J. Stewart on 11/14/2023. (Copy served via regular mail)(mgh) (Entered: 11/14/2023) |
| 11/28/2023 | 108 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Angelo Ruotolo re 107 Order, Motion returnable before Judge Senior Judge Lawrence E. Kahn. Response to Motion due by 12/21/2023. Reply to Response to Motion due by 12/28/2023. [Copy of NEF was mailed to Pro Se Plaintiff via regular mail on 11/30/2023, for the Reply deadline.] (hmr) (Entered: 11/30/2023) |
| 12/11/2023 | 109 | AMENDED COMPLAINT with Jury Demand against John Doe, Juan Figueroa, Ulster County filed by Angelo Ruotolo. (Attachments: # 1 Exhibit A, # 2 Exhibit B − Part 1, # 3 Exhibit B − Part 2, # 4 Exhibit C, # 5 Affidavit of Service, # 6 Cover Letter, # 7 Envelope)(hmr) (Entered: 12/13/2023) |
| 12/13/2023 | | TEXT ORDER. Plaintiff has filed an "Amended Complaint." Dkt. No. 109 . The Court construes the filing as a Motion to Amend the Complaint and directs Defendants to file a response to the Motion on or before January 16, 2024. SO ORDERED by Magistrate Judge Daniel J. Stewart on 12/13/2023. (gmd)[copy sent via regular mail] (Entered: 12/13/2023) |
| 12/15/2023 | 110 | AFFIDAVIT in Opposition re 108 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Angelo Ruotolo re 107 Order,, Motion returnable before Judge Senior Judge Lawrence E. Kahn. filed by Juan Figueroa, Ulster County. (Attachments: # 1 Exhibit(s))(Kurtz, Eric) (Entered: 12/15/2023) |
| 12/26/2023 | 111 | REPLY to 110 Response to Motion re 108 APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Angelo Ruotolo re 107 Order filed by Angelo Ruotolo. (hmr) (Entered: 12/26/2023) |
| 01/10/2024 | 112 | MEMORANDUM OF LAW filed by Juan Figueroa, Ulster County. (Attachments: # 1 Memorandum of Law Certificate of Service)(Kurtz, Eric) (Entered: 01/10/2024) |
| 01/11/2024 | 113 | MEMORANDUM OF LAW filed by James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, Town of New Paltz. (Attachments: # 1 Affidavit)(Bartley, Alana) (Entered: 01/11/2024) |
| 01/17/2024 | 114 | MOTION to Strike Fraudulent Document filed by Angelo Ruotolo. Response to Motion due by 2/9/2024 Motions referred to Daniel J. Stewart. (hmr) (Entered: 01/19/2024) |
| 01/19/2024 | 115 | AFFIDAVIT in Opposition to 113 MEMORANDUM OF LAW filed by Angelo Ruotolo. (hmr) (Entered: 01/22/2024) |
| 01/22/2024 | 116 | AFFIDAVIT in opposition to 112 Memorandum of Law filed by Angelo Ruotolo. (kck) (Entered: 01/23/2024) |
| 01/31/2024 | 117 | ***STRICKEN pursuant to Dkt. # 120 Strike Order*** DISCLOSURE OF EXPERT WITNESSES by Angelo Ruotolo. (hmr) Modified on 2/8/2024 (gmd, ). (Entered: 02/01/2024) |
| 02/05/2024 | 118 | MEMORANDUM OF LAW re 114 Motion to Strike filed by Juan Figueroa, Ulster County. (Attachments: # 1 Exhibit(s) Certificate of Service)(Kurtz, Eric) (Entered: 02/05/2024) |
| 02/05/2024 | 119 | ***STRICKEN pursuant to Dkt. # 120 Strike Order*** AMENDED DISCLOSURE OF EXPERT WITNESSES by Angelo Ruotolo. (hmr) Modified on 2/8/2024 (gmd). (Entered: 02/06/2024) |
| 02/08/2024 | 120 | TEXT ORDER: Plaintiff's Disclosure of Expert Witnesses and Amended Disclosure of Expert Witnesses filed on 1/31/2024 and 2/5/2024, Dkt. Nos. 117 and 119 , are hereby stricken from the record and will not be considered by the Court. Pursuant to Local Rule 26.2, the Court does not accept the filing of discovery materials, such as Interrogatories, Document Requests or responses to such requests, unless the Court specifically directs such documents be filed or when submitted in support of a motion filed pursuant to the Federal Rules of Civil Procedure. SO ORDERED by Magistrate Judge Daniel J. Stewart on 2/8/2024. (gmd)[copy sent via regular mail] (Entered: 02/08/2024) |

| | | |
|---|---|---|
| 02/13/2024 | 121 | AFFIDAVIT in response to 112 Memorandum of Law by Angelo Ruotolo. (Attachments: # 1 Affidavit of Service)(hmr) (Main Document 121 replaced on 2/14/2024) (hmr, ). (Entered: 02/14/2024) |
| 02/14/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY re 121 Affidavit: Clerk replaced this document with a redacted versions, since the original filing contained a personal identifier. (hmr) (Entered: 02/14/2024) |
| 02/20/2024 | 122 | MEMORANDUM−DECISION AND ORDER denying # 109 Motion to Amend Complaint, and DENYING # 114 Motion to Strike. Signed by Magistrate Judge Daniel J. Stewart on 2/20/2024. (Copy served via regular mail)(mmg). (Entered: 02/20/2024) |
| 03/04/2024 | 123 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Angelo Ruotolo re 122 Order on Motion to Strike Motion returnable before Judge Lawrence E. Kahn. Response to Motion due by 3/27/2024. Reply to Response to Motion due by 4/3/2024 (egr) (Entered: 03/06/2024) |
| 03/12/2024 | 124 | MEMORANDUM−DECISION AND ORDER. It is hereby ORDERED, that Plaintiff's Appeal, Dkt. No. 108 , is DENIED. Signed by Senior Judge Lawrence E. Kahn on 3/12/2024.(Copy served via regular mail) (dpk) (Entered: 03/12/2024) |
| 03/22/2024 | 125 | MEMORANDUM OF LAW filed by Juan Figueroa, Ulster County. (Kurtz, Eric) (Entered: 03/22/2024) |
| 03/29/2024 | 126 | MOTION for Reconsideration re 124 Memorandum−Decision and Order filed by Angelo Ruotolo. (hmr) (Entered: 04/02/2024) |
| 04/03/2024 | 127 | TEXT ORDER: On March 29, 2024, Plaintiff filed a letter motion, arguing that the Court did not properly evaluate Plaintiff's appeal, Dkt. No. 108 ("Appeal"), in the Court's March 12, 2024, Memorandum−Decision and Order, Dkt. No. 122 ("March 2024 Order"). Dkt. No. 126 ("Motion"). The Court construes this filing as a motion for reconsideration pursuant to Federal Rule of Civil Procedure 59(e). Rule 59(e) governs motions to "alter or amend a judgment." Fed. R. Civ. P. 59(e). Courts have recognized three grounds justifying an amendment or alteration pursuant to Rule 59(e): "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Densberger v. United Techs. Corp., 125 F. Supp. 2d 585, 597 (D. Conn. 2000) (internal quotation marks omitted) (quoting Virgin Atlantic Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992)). "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked−−matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Barbour v. Astrue, 950 F. Supp. 2d 480, 492 (E.D.N.Y. 2013) (citations omitted). A Rule 59(e) motion, however, "may not be used to relitigate old matters, or raise arguments... that could have been raised prior to entry of judgment." Arthur R. Miller, et. al., Fed. Practice & Procedure, § 2810.1, at 12728 (2d ed. 1995); accord Shrader v. CSX Transp., Inc., 70 F.3d 255 (2d Cir. 1995). Here, Plaintiff's Motion relitigates the same issues presented in his Appeal, does not identify a clear error affecting the March 2024 Order, and raises no new arguments or developments in case law. The Motion is therefore DISMISSED. Additionally, Plaintiff notes in his Motion that he did not receive a copy of the Court's October 27, 2023, Text Order. Dkt. No. 102 ("October 2023 Text Order"). Mot. at 3. Accordingly, the Clerk is directed resend Plaintiff a copy of the October 2023 Text Order. SO ORDERED by Senior Judge Lawrence E. Kahn on 4/3/2024. (Copy served via regular mail) (dpk) (Entered: 04/03/2024) |
| 04/05/2024 | 128 | REPLY to Response to Motion re 123 Appeal of Magistrate Judge Decision to District Court filed by Angelo Ruotolo. (hmr) (Entered: 04/08/2024) |
| 04/22/2024 | 129 | NOTICE OF INTERLOCUTORY APPEAL as to 127 Text Order of the Honorable Senior U.S. District Court Judge Lawrence E. Kahn dated April 3,2024 by Angelo Ruotolo. [A Filed stamped copy of this Notice of Appeal was mailed via regular mail to Angelo Ruotolo on 4/23/2024.] (hmr) Modified on 6/10/2024 to reflect it is an interlocutory appeal. (lmw, ). (Entered: 04/23/2024) |
| 04/23/2024 | 130 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 129 Notice of Appeal. [A copy of this notice was mailed to pro se plaintiff via regular mail on 4/24/2024.] (hmr) (Entered: 04/23/2024) |

| | | |
|---|---|---|
| 04/25/2024 | 131 | Letter Request/Motion filed by Angelo Ruotolo, Pro Se, requesting Assisted Mediation Program submitted to Judge Daniel J. Stewart. (kck) (Entered: 04/25/2024) |
| 05/16/2024 | 132 | MEMORANDUM−DECISION AND ORDER. It is hereby ORDERED, that Plaintiff's Appeal, Dkt. No. 123 , is DENIED. Signed by Senior Judge Lawrence E. Kahn on 5/16/2024. (Copy served via regular mail) (dpk) (Entered: 05/16/2024) |
| 06/06/2024 | 133 | MOTION for Summary Judgment filed by Jane Doe, John Doe, Juan Figueroa, Ulster County. Motion returnable before Judge Kahn. Response to Motion due by 6/27/2024. Reply to Response to Motion due by 7/5/2024 (Attachments: # 1 Affidavit, # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s), # 5 Affidavit, # 6 Affidavit, # 7 Statement of Material Facts, # 8 Memorandum of Law, # 9 Affidavit) (Kurtz, Eric) (Entered: 06/06/2024) |
| 06/10/2024 | 134 | NOTICE of Due Date to Respond to the 133 MOTION to Pro Se Plaintiff with Notice of Consequences for failure to respond: Response to the # 133 Motion for Summary Judgment is due by 6/27/2024. (Copy served upon Pro Se Plaintiff via regular mail). (kck) (Entered: 06/10/2024) |
| 06/10/2024 | 135 | Supplemental Electronic Certification transmitted to US Court of Appeals re 129 Notice of Interlocutory Appeal. (kck) Modified on 6/10/2024 by Clerk to note that Clerk has served a copy of this document upon Pro Se Plaintiff via regular mail (kck). (Entered: 06/10/2024) |
| 06/13/2024 | 136 | TEXT ORDER advising the parties that the Court retains, and will continue to exercise jurisdiction over this action, despite the fact that Plaintiff filed a Notice of Interlocutory Appeal with the Second Circuit on April 22, 2024, because that appeal is defective in that the Order appealed from is not final and has not been certified as an interlocutory appeal. See Leonhard v. U.S., 633 F.2d 599, 610 (2d Cir. 1980); In re Chateaugay Corp., 922 F.2d 86, 91 (2d Cir. 1990); U.S. v. Rodgers, 101 F.3d 247, 252 (2d Cir. 1996); Burger King Crop. v. Horn & Hardart Co., 893 F.2d 525, 527 (2d Cir. 1990); U.S. vs. Zedner, 555 F.2d 68 (2d Cir. 2008). For these reasons, all deadlines established by the filing of the Motion for Summary Judgment on June 6, 2024, remain in effect. SO ORDERED by Senior Judge Lawrence E. Kahn on 6/13/2024. (Copy served via regular mail) (dpk) (Entered: 06/13/2024) |
| 06/13/2024 | 137 | Supplemental Electronic Certification transmitted to US Court of Appeals re 129 Notice of Interlocutory Appeal. {Copy served upon Pro Se Plaintiff via regular mail} (kck) (Entered: 06/13/2024) |
| 06/27/2024 | 138 | RESPONSE in Opposition re 133 Motion for Summary Judgment, filed by Angelo Ruotolo via mail. (Attachments: # 1 Index of Attached Exhibits, # 2 Exhibit 1 − Motion for Court Assisted Mediation Program, # 3 Exhibit 2 − Order from Judge Stewart dated 2/20/2024, # 4 Exhibit 3 − Private Investigator Affidvits, # 5 Exhibit 4 − Copy of Motion for Bail in County of New Paltz, # 6 Exhibit 5 − Discovery Response, # 7 Exhibit 6 − Transcript Excerpt from County of New Patlz, # 8 Exhibit 7 − Medical Records, # 9 Exhibit 8 − Kurtz Redacted Exhibit A, # 10 Exhibit 9 − Email Exchanges)(sbb) Modified on 7/1/2024 (sbb, ). (Entered: 07/01/2024) |
| 06/27/2024 | 139 | AFFIDAVIT of Service for Response in Opposition to Defendants Motion for Summary Judgment served on Alana Bartley, Esq and Eric Kurtz, Esq on 6/26/2024, filed by Angelo Ruotolo via mail. Envelope attached. (sbb) (Entered: 07/01/2024) |
| 07/03/2024 | 140 | REPLY to Response to Motion re 133 Motion for Summary Judgment, filed by Jane Doe, John Doe, Juan Figueroa, Ulster County. (Attachments: # 1 Affidavit)(Kurtz, Eric) (Entered: 07/03/2024) |
| 07/05/2024 | 141 | Courtesy Copy of Letter from Plaintiff Angelo Ruotolo sent to the Second Circuit Court of Appeals requesting the withdrawal of appeal. (sbb) (Entered: 07/08/2024) |
| 07/17/2024 | 142 | SUR−REPLY to # 133 Motion for Summary Judgment filed by Angelo Ruotolo, Pro Se. (Attachments: # 1 Letter Requesting Permission to File Sur−Reply, # 2 Affidavits of Service, # 3 Mailing Envelope) (kck) Modified on 7/18/2024 by Clerk to correct file date to 7/17/2024 (kck). (Entered: 07/18/2024) |
| 07/18/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY RE: 142 Reply to Response to Motion: Clerk has modified the docket entry to correct the filing date to the correct date of 7/17/2024. (kck) (Entered: 07/18/2024) |

| | | |
|---|---|---|
| 07/18/2024 | 143 | TEXT ORDER: On June 6, 2024, Defendants filed a motion for summary judgment. Dkt. No. 133. Plaintiff filed a response in opposition to Defendants' motion for summary judgment, Dkt. No. 138, and Defendants filed a reply, Dkt. No. 140. On July 17, 2024, Plaintiff filed a motion requesting the Court allow a surreply to Defendants' reply. Dkt. No. 142. Under the Local Rules, once the moving party has filed its reply papers, "a surreply is not permitted." L.R. 7.1(a)(1). Therefore, the Court would normally not allow for Plaintiff's surreply. However, because Plaintiff is pro se, the Court affords him "special solicitude" before assessing Defendants' motion to dismiss. Ruotolo v. I.R.S., 28 F.3d 6, 8 (2d Cir. 1994). Therefore, Plaintiff's surreply is permitted in this instance. In the interest of justice, Defendants will also be granted the opportunity to respond to Plaintiff's sur−reply by July 31, 2024. SO ORDERED by Senior Judge Lawrence E. Kahn on 07/18/2024. (Copy served via regular mail)(PJP) (Entered: 07/18/2024) |
| 07/30/2024 | 144 | SUR−REPLY MEMORANDUM OF LAW re 133 Motion for Summary Judgment filed by Juan Figueroa, Ulster County. (Attachments: # 1 Affidavit)(Kurtz, Eric) Modified on 7/30/2024 by Clerk to link docket entry to the correct Motion (kck). (Entered: 07/30/2024) |
| 07/30/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY RE: 144 SUR−REPLY MEMORANDUM OF LAW: Clerk has modified the docket entry to link to the correct Motion. (Copy served upon Pro Se Plaintiff via Regular Mail). (kck) (Entered: 07/30/2024) |
| 07/30/2024 | 145 | AMENDED Sur−Reply Memorandum of Law by Juan Figueroa, Ulster County. Amendment to 144 Sur−Reply Memorandum of Law. (Kurtz, Eric) Modified on 7/31/2024 by Clerk to correct docket entry text to reflect that this is an Amended Version of the Sur−Reply Memorandum of Law filed at DE # 144 (kck). (Entered: 07/30/2024) |
| 07/31/2024 | | CLERK'S CORRECTION OF DOCKET ENTRY RE: 145 AMENDED Sur−Reply Memorandum of Law: Clerk has updated docket entry text to reflect that this is an Amended Version of the Sur−Reply Memorandum of Law filed at DE # 144 . (kck) (Entered: 07/31/2024) |
| 09/10/2024 | 146 | MANDATE of USCA as to # 129 Notice of Appeal: IT IS HEREBY ORDERED that the appeal is dismissed effective July 3, 2024 unless by that date appellant either pays the fee in full, moves for in forma pauperis status in district court, or if district court has denied in forma pauperis status, moves in this Court for in forma pauperis status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date. MANDATE ISSUED on 9/10/2024. (mmg). (Entered: 09/10/2024) |
| 09/10/2024 | | USCA Case Number 24−1109 for # 129 Notice of Appeal, filed by Angelo Ruotolo. (mmg). (Entered: 09/10/2024) |
| 01/21/2025 | 147 | MOTION to Reinstate New Paltz Defendants filed by Angelo Ruotolo. Response to Motion due by 2/12/2025 (Attachments: # 1 Memorandum of Law, # 2 Affidavit of Service, # 3 Envelope)(jel, ) (Entered: 01/22/2025) |
| 01/23/2025 | 148 | TEXT ORDER: On March 14, 2023, the Court dismissed Plaintiff's claims against James Bacon, Kevin Barry, Neil Bettex, Stacy Delarede, Mark Jaffee, and the Town of New Paltz (collectively, "New Paltz Defendants"). Dkt. No. 74 ("March Order"). On January 21, 2025, Plaintiff moved to reinstate the New Paltz Defendants. Dkt. No. 147 ("Motion"). Since the Motion was filed over twenty−two (22) months after the March Order, the Motion is DENIED. SO ORDERED by Senior Judge Lawrence E. Kahn on 1/23/2025. (Copy served via regular mail)(dpk) (Entered: 01/23/2025) |
| 01/23/2025 | 149 | MEMORANDUM−DECISION AND ORDER. It is hereby ORDERED, that Defendants Jane Doe and John Doe are DISMISSED from this action; and it is further ORDERED, that Defendants' Motion for summary judgment, Dkt. No. 133 , is GRANTED; and it is further ORDERED, that Plaintiff's letter requesting participation in the Assisted Mediation Program, Dkt. No. 131 , is DENIED as moot; and it is further ORDERED that the Clerk close this action. Signed by Senior Judge Lawrence E. Kahn on 1/23/2025. (Copy served via regular and certified mail) (dpk) (Entered: 01/23/2025) |

| | | |
|---|---|---|
| 01/23/2025 | 150 | JUDGMENT. IT IS ORDERED AND ADJUDGED that Defendants Jane Doe and John Doe are DISMISSED from this action; and it is further ORDERED, that Defendants' Motion for summary judgment, Dkt. No. 133 , is GRANTED; and it is further ORDERED, that Plaintiff's letter requesting participation in the Assisted Mediation Program, Dkt. No. 131 , is DENIED as moot. All of the above pursuant to the order of the Honorable Lawrence E. Kahn, dated January 23, 2025. (Copy served via regular and certified mail) (dpk) (Entered: 01/23/2025) |
| 01/28/2025 | 151 | RETURN RECEIPT received as to Angelo Ruotolo, served on 1/25/25. (ham) (Entered: 01/29/2025) |
| 02/12/2025 | 152 | NOTICE OF APPEAL as to 149 Memorandum−Decision and Order. (Attachments: # 1 Exhibit 1 − Inmate Property Bag, # 2 Exhibit 2 − Redacted Medical Records, # 3 Exhibit 3 − Transcript, # 4 Exhibit 4 − Plaintiff's affidavit in opposition to summary judgment motion, # 5 Exhibit 5 − GO25, # 6 Affidavit of Service as to Mikael Cohn, # 7 Affidavit of Service as to New Paltz defendants, # 8 Affidavit of Service as to Ulster County defendants, # 9 Envelope)(ham) (Entered: 02/12/2025) |
| 02/12/2025 | 153 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 152 Notice of Appeal. (ham) (Entered: 02/12/2025) |
| 02/13/2025 | | Filing fee: $ 605, receipt number 100000702 (tll) (Entered: 02/13/2025) |
| 02/13/2025 | 154 | Letter Request Motion Angelo Ruotolo requesting a correction of an error made by the Court in their Decision, submitted to Judge Lawrence E. Kahn. (Attachments: # 1 Affidavit of Service, # 2 Envelope)(ham) (Entered: 02/13/2025) |
| 02/24/2025 | 155 | DECISION and ORDER − That the Motion, Dkt. No. 154, is **DENIED**. Signed by Senior Judge Lawrence E. Kahn on 2/24/2025. (Copy served via regular and certified mail)(jel, ) (Entered: 02/24/2025) |
| 02/24/2025 | 156 | Supplemental Electronic Certification transmitted to US Court of Appeals re 152 Notice of Appeal. (jel, ) (Entered: 02/24/2025) |
| 02/28/2025 | 157 | RETURN RECEIPT received as to Angelo Ruotolo, served on 2/26/25.(ham) (Entered: 02/28/2025) |
| 03/10/2025 | 158 | NOTICE OF APPEAL as to 155 Decision and Order. Filed by Angelo Ruotolo. Fee due. (ham) (Additional attachment(s) added on 3/11/2025: # 1 Affidavit of Service) (ham, ). (Entered: 03/11/2025) |
| 03/11/2025 | | CLERK'S CORRECTION OF DOCKET ENTRY re 158 Notice of Appeal: Clerk attached Certificate of Service to 158 Notice of Appeal. (ham) (Entered: 03/11/2025) |
| 03/11/2025 | 159 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 158 Notice of Appeal. (ham) (Entered: 03/11/2025) |